IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JUDITH A. HOOD                                                                                    PLAINTIFF

v.                                        CIVIL NO. 09-4073

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                                          DEFENDANT

## J U D G M E N T

For reasons stated in the memorandum opinion of this date, we hereby affirm the decision of the Commissioner and dismiss Plaintiff's case with prejudice. **The parties have sixty days from entry of the judgment on the docket in which to appeal.**

IT IS SO ORDERED AND ADJUDGED this 2nd day of June 2010.

/s/ *Erin L. Setser*
HON. ERIN L. SETSER
UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)